Nos. 1027 and 1028. BOEING AIRCRAFT Co. *v.* KING COUNTY ET AL. March 10, 1947. *Per Curiam:* In No. 1027, the appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied. In No. 1028, the appeal is dismissed for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C. § 350. *Wendell W. Black* and *Frank E. Holman* for appellant.